**PARKER SHUMAKER MILLS LLP**
David B. Parker (SBN 072192)
parker@psmlawyers.com
Justin D. Denlinger (SBN 221932)
denlinger@psmlawyers.com
801 S. Figueroa Street, Suite 1200
Los Angeles, California 90017-5569
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Attorneys for Plaintiff
**WOVEN ACCENTS, INC.**

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WOVEN ACCENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOURI ANTIQUE RUG GALLERY LTD, a Texas limited partnership d.b.a., the NOURI GALLERY, d.b.a., NOURI ANTIQUE RUG GALLERY, d.b.a., NOURI, d.b.a., NOURI & SONS; SIAMAK NOURI, an individual (a.k.a. MAC NOURI); BABAK NOURI, an individual; PAZYRIK CARPET ITHALAT IHRACAT PAZARLAMA TICARET LTD. SIRKETI, a limited company formed under the laws of Turkey; and HERITAGE FINE ARTS ITHALAT IHRACAT LIMITED SIRKETI, a company formed under the laws of Turkey, and DOES 1 to 150, inclusive,<br><br>Defendants. | Case No. CV 11-3732 RSWL (EX)<br><br>**ORDER**<br><br>[Assigned to: Hon. Ronald S.W. Lew]<br><br>[Referred to: Magistrate Judge Charles F. Eick]<br><br>Crtrm.: Courtroom 21<br><br>Trial Date: None<br><br>Los Angeles Superior Court, Central District<br>Case no. BC458446 |

/ / /

/ / /

/ / /

[Proposed] Orde re Stipulation to Remand.doc

**[PROPOSED] ORDER**

With leave of the Court, this matter is remanded to State Court, to the Honorable Alan S. Rosenfield, Department 31.

**GOOD CAUSE APPEARING**, it is hereby ordered that:

1. This matter is remanded to State Court, to the Honorable Alan S. Rosenfield, Department 31.
2. All pending motions in this Court are denied as moot.

**IT IS SO ORDERED.**

DATED: June 2, 2011

<u>RONALD S.W. LEW</u>
HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge